## Roether, Appellant, *v.* Marple Newtown School District.

Argued November 25, 1968. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Robert F. Jackson,* for appellant.

*James J. Prendergast,* with him *C. W. B. Townsend, Jr., Raymond E. Larson, James Patterson,* and *Townsend, Elliott & Munson,* for appellees.

OPINION PER CURIAM, January 15, 1969:

Decrees affirmed. See *Burne v. Kearney,* 424 Pa. 29, 225 A. 2d 892 (1967) ; Act of June 24, 1931, P. L. 1206, §3107, 53 P.S. §58107. Costs on appellant.